**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Irene Pedro and Lavontay Pierson, Defendants,

of whom Irene Pedro is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000824

―――――――――

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

―――――――――

Unpublished Opinion No. 2025-UP-315
Submitted September 2, 2025 – Filed September 11, 2025

―――――――――

**AFFIRMED**

―――――――――

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Becky M. Milholland, of the South Carolina Department
of Social Services, of Columbia, for Respondent.

Cecelia Ann Clark-Donato, of Richland County CASA, of Columbia, for the Guardian ad Litem.

———————————

**PER CURIAM:**  Irene Pedro appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Pedro's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.